Charles Edward MORGAN, Jr., Petitioner-Appellant,

v.

Clarence JONES, Sheriff, Respondent-Appellee.

No. 71–2753

Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 5, 1972.

Charles E. Morgan, Jr., pro se.

Crawford C. Martin, Atty. Gen. of Tex., Austin, Tex., for respondent-appellee.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

---

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

** Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir., 1970, 431 F.2d 409, Part I.

PER CURIAM:

The judgment below is affirmed for the reasons stated in the order of the district court. Loren v. Texas, 5 Cir. 1971, 440 F.2d 1182.